UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL LLOYD KAMPS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security ) <br> ) <br> Defendant. ) | Civil No. 2:12-cv-00221-NT |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 25, 2013 his Recommended Decision (ECF No. 25). The Plaintiff filed his Objection to the Recommended Decision (ECF No. 26) on May 8, 2013. Defendant filed her Response to the Plaintiff's objections (ECF No. 27) on May 9, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

1

2. It is further **ORDERED** that the commissioner's decision is **AFFIRMED**.

**SO ORDERED**.

/s/ Nancy Torresen
NANCY TORRESEN
UNITED STATES DISTRICT JUDGE

Dated this 28th day of May, 2013.